# Delinquency Calculation Summary – Contract

Defendant owes the following amounts to the Plaintiffs (including the ERISA Funds) as a contractual obligation under the collective bargaining agreement that is enforceable in federal courts under 29 U.S.C. §185.

| Fund | Contributions | Interest | Liquidated Damages | Pre-litigation Liquidated Damages | Legal Costs and Fees | TOTAL |
|---|---|---|---|---|---|---|
| NPF | $6,447.03 | $357.46 | $1,289.38 | $482.53 | $2,583.12 | *$11,159.52* |
| ITI | $342.24 | $19.07 | $68.42 | $29.31 | $0.00 | *$459.04* |
| NEMIC | $85.56 | $4.77 | $17.09 | $7.25 | $0.00 | *$114.67* |
| SMOHIT | $57.04 | $3.18 | $11.38 | $4.88 | $0.00 | *$76.48* |
| SMWIASF | $28.52 | $1.60 | $5.68 | $2.49 | $0.00 | *$38.29* |
| SASMI | $4,003.14 | $212.74 | $800.60 | $398.71 | $1,722.08 | *$7,137.27* |
| | | | | | | |
| *TOTAL* | *$10,963.53* | *$598.82* | *$2,192.55* | *$925.17* | *$4,305.20* | *$18,985.27* |

**COLUMN NOTES:**

**Fund** — The NPF, ITI, SMWIASF, NEMIC and SMOHIT are referred to jointly as "National Funds."

**Contributions** — Calculated for the period April 2013 through August 2013 for the National Funds and SASMI.

**Interest** — Calculated through February 28, 2014. Contract interest runs on delinquent contributions even if paid before the date of the complaint. Post-judgment interest on the contract claim accrues at the rate established under 28 U.S.C. §1961 on ERISA statutory liability, unless the parties have agreed to a different rate. In this case, the contract adopts the plan rate of 0.0233% per day, compounded daily (an effective annual rate of 8.5% compounded daily).

**Liquidated Damages** — Liquidated damages are calculated at twenty percent (20%) of the unpaid contribution amount outstanding at the time of filing the Complaint.

**Pre-litigation Liquidated Damages** — Late charges, or pre-litigation liquidated damages, for the National are calculated at fifty dollars ($50.00) or ten percent (10%) of the contributions due for each month of contributions paid after the Due Date, which ever is greater. SASMI Rules provide simply for late charges in the amount of ten percent (10%) of the contributions which are late paid before any lawsuit is filed. Calculated for the period November 2012 through February 2013.

EXHIBIT 5A