IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BOARD OF TRUSTEES, NATIONAL )
STABILIZATION AGREEMENT OF THE )
SHEET METAL INDUSTRY TRUST )
FUND, et al., )
      Plaintiffs, )
)
v. )    Civil Action No. 1:13cv1412
)
NOGLE & BLACK ROOFING, INC., )
      Defendant. )

## JUDGMENT ORDER

Upon consideration of the March 7, 2014 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the March 7, 2014 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiffs and against defendant in the total amount of $18,985.27.

It is further **ORDERED** that defendant is required to submit to an audit of its wage, payroll, and personnel records for the period from January 1, 2010 to the present.

The Clerk is **DIRECTED** to enter judgment in accordance with this Order, pursuant to Rule 58, Fed. R. Civ. P., and to place this matter among the ended causes.

The Clerk is further **DIRECTED** to send a copy of this Judgment Order to defendant, the Magistrate Judge and all counsel of record.

Alexandria, VA
March 31, 2014

                                            /s/
                               T. S. Ellis, III
                               United States District Judge